IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>THOMAS RIDDLE,<br>    *Defendant*. | Case No.: 1:23-cr-00279-RCL-1<br><br>Hon. Royce C. Lamberth |

**DEFENDANT'S MOTION TO EXTEND OBJECTION DEADLINE TO THE PRESENTENCE INVESTIGATION REPORT AND TO CONTINUE SENTENCING**

  The Defendant, Thomas Riddle, by and through counsel, hereby moves the Court to extend the deadline to file objections to the PreSentence Investigation Report and continue sentencing hearing. In support of this motion, Mr. Riddle states the following:

1. On September 14, 2023, pursuant to a written Plea Agreement, Mr. Riddle pleaded guilty to one count of Disorderly Conduct in a Restricted Building in violation of 18 U.S.C. §1752(a)(2) [DE-22].

2. The Draft PSR was disclosed by the United States Probation Office (USPO) on November 7, 2023 [DE-24]. Objections to the PSR are currently due by November 21, 2023.

3. Mr. Riddle is located in Traveler's Rest, South Carolina, a ten hour round trip from undersigned attorneys' office. Mr. Riddle has limited education and appears to need to meet in person to properly review the PSR as well as the waivers and authorizations requested by the United States Probation's office. With the upcoming holidays and significant distance separating undersigned attorney from Mr. Riddle, undersigned counsel is requesting 30-days additional time to complete the review of the PSR and file any objections.

4. Mr. Riddle's sentencing hearing is currently set for December 13, 2023. Mr. Riddle will need additional time to meet with undersigned counsel and be prepared for his sentencing hearing. Additionally, both of the undersigned counsels are scheduled to be in trial the week of January 16, 2023. Accordingly,

undersigned counsel requests Mr. Riddle's Sentencing hearing be continued until the February term of Court.

5. The Government and United State Probation have both been notified of this motion and do not object to this motion.

WHEREFORE, Mr. Riddle respectfully requests that the PSR Objection deadline be reset for December 21, 2023, and his sentencing hearing be continued until the February 2024 term of Court, or to a date that the Court deems appropriate.

Respectfully requested this 20th day of November, 2023.

        G. ALAN DuBOIS
        Federal Public Defender

        /s/ Leza Lee Driscoll
        LEZA LEE DRISCOLL
        Assistant Federal Public Defender
        Attorney for Defendant
        Office of the Federal Public Defender
        150 Fayetteville Street, Suite 450
        Raleigh, North Carolina 27601
        Telephone: 919-856-4236
        Fax: 919-856-4477
        E-mail: Leza_Driscoll@fd.org
        N.C. State Bar No. 20926
        LR 57.1 Counsel Appointed

*CERTIFICATE OF SERVICE*

      I HEREBY CERTIFY that a copy of the foregoing was served upon:

Joseph Huynh
Assistant U.S. Attorney
405 East 8th Ave.
Suite 2400
Eugene, Oregon 97401
Office: 541-465-6049
Cell: 541-606-0080
Joseph.huynh@usdoj.gov

by electronically filing the foregoing with the Clerk of Court on November 20, 2023 using the CM/ECF system which will send notification of such filing to the above.

      This the 20th day of November, 2023.

                                        /s/ Leza Lee Driscoll
                                        LEZA LEE DRISCOLL
                                        Assistant Federal Public Defender
                                        Attorney for Defendant
                                        Office of the Federal Public Defender
                                        150 Fayetteville Street, Suite 450
                                        Raleigh, North Carolina 27601
                                        Telephone: 919-856-4236
                                        Fax: 919-856-4477
                                        E-mail: Leza_Driscoll@fd.org
                                        N.C. State Bar No. 20926
                                        Counsel Appointed