IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No.:  23-CR-279-RCL-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | EXHIBIT A |
| v. ) | CHARACTER LETTERS |
| ) | |
| THOMAS COREY RIDDLE ) | |



10/19/23

VIRIDIEN

Kate Vogel

7025 Smith Corners  Charlotte, NC 28269

980-202-5655

kvogel@viridien.com

To Whom it May Concern,

I've had the great pleasure of training and working alongside Thomas (Corey) Riddle at Viridien for the past two years. He has been a valuable asset to our team from the beginning. A quick learner and conscientious colleague, Thomas has brought a positive energy to every task he was assigned.

Thomas is a team player with an unending dedication to his craft. He is detail-oriented and astute, asking questions when he requires clarification and always striving to go above and beyond what is expected. Not only does he ensure his own work is completed on time and with a high degree of accuracy, but Thomas is eager to help others where possible.

Throughout his time with Viridien, Thomas has been eager to set a high standard in his work both internally and externally. He was originally hired to be a Delivery Driver in our Greenville location. Due to his work ethic and customer service, he was promoted to Warehouse Supervisor. In that role, he not only ensured that deliveries went smoothly but also supported the retail showroom daily.  This year we expanded our service program, which Thomas was immediately promoted to due to his attention to detail and knowledge of the business.

Thomas brings tenacity, loyalty, positivity and enthusiasm to his work each day.  Viridien feels fortunate to have him as an employee and look forward to his continued successful career with us.  I have also included customer reviews that speak to Thomas's quality customer service.

Please let me know if you have any further questions or if I can assist in any other capacity.

Kind Regards,

Kate Vogel

Organizational Development Partner

### Tom Karel
1 review·1 photo
2 months ago

We love our outdoor furniture! It was delivered today. Tony and Corey did a great job in setting everything up. Very respectful and detail oriented with everything. Justin was extremely helpful in helping us choose the furniture. Looking forward to entertaining on our back porch. Thank you Viriden for a great product.

### Anthony James
3 reviews
3 months ago

Corey and Skip did a great job delivering and setting up our patio furniture. They were very polite and personable.

### Tara Ann Garrett
6 reviews
10 months ago

Thank you David, Corey and Skip! Smooth process from start to finish. They were professional, on time, and handled our furniture delivery with care.

### Allyn Ryan
5 reviews
a year ago

Skip and Corey were very friendly and helpful.
Our new porch furniture looks awesome

### Richard Kay
12 reviews
a year ago

We had outdoor furniture delivered. The delivery was earlier than expected and very professional. We have a very steep driveway and the delivery team, Corey and Skip, brought our furniture in and set it up with no trouble. We really had a great experience.

### Tim Small
4 reviews
a year ago

We had wonderful delivery experience! Corey and PJ were very polite and courteous on the phone as well as during the delivery! We appreciate the great service and love the outside furniture!

### Anita Dutrow
2 reviews
a year ago

Corey and Skippy delivered our furniture and were very pleasant, and professional. They were important part of the whole buying experience.

### D. Patterson
1 review
a year ago
Corey and Skippy were friendly and professional. They took the utmost care in delivering our patio furniture.

### Curt Frauendorf
1 review
a year ago
Both Corey and Skippy were fantastic. They were professional, pleasant and went out of their way to accommodate the placement of our item, with valuable info for us. Couldn't really ask for a better job in the delivery!

### Jennifer Klimas
3 reviews
a year ago
Corey and Skip just completed our delivery from Fire House. Both were very professional and extremely nice. Both took care to carry the items to our patio. There was no rushing or hurriedness. We were very pleased. They called when they were on the way which was very helpful. We were very happy with the job Corey and Skip did. They represent Fire House extremely well.

### Robert Odabashian
2 reviews
a year ago
I was completely impressed with Corey's & Skip's professionalism. They took great care in moving the furniture and setting it in place, treating it and my abode as priceless antiques. Additionally, they were courteous and a pleasure to be around. This was truly a "white glove" service.

### Leisa Johnson
1 review
a year ago
Corey and PJ great delivery guys! Professional!

### Charles Baxter
3 reviews
a year ago
Michael & Corey did a good job delivering in rain.

To whom it may concern

My name is Benjamin Hucks I've been working for Viridien formerly The Firehouse Casual Living Store for 24 years. I've known Corey Riddle for a little over a year. Over this time I've really got to know Corey while working close to him. He contsantly talks about his kids how awesome they are and espescially how the little one will get in to anything being a kid. I've also watched Corey grow with the company in the short time he's been with us. He went from being a delivery driver to becoming the warehouse manager to now heading up our CPR services. To me this shows he's very committed to being responsible and thriving at being committed to our company. In the end I believe that Corey feels remorseful for his actions and knows he was in the wrong and has learned from his mistake. Please think about Corey and his need to be with his family.

Sincerely

Benj. R. Hucks

To whom it may concern:

My name is James B. Riddle. I am writing this on behalf of my son; Thomas Corey Riddle, who is a defendant in your court for his participation in the Jan. 6, Capital riot.

I wasn't around alot while Corey was in his adolesence and teenage years. I was too busy spending all my time chasing worldly pleasures. I never came close to being the father to him that he is to Bella and Willie, his two daughters

I can tell you that Corey has been out on his own since the age of seventeen and never once has he had to beg, borrow, or steal to live. He works hard and pays the way for his family.

As a rule Corey doesn't usually follow a crowd that he thinks will get him in trouble.

For years Corey gave me chance after chance to redeem myself, but I wouldn't. In 2012 I gave up alcohol and my ways and turned to Jesus. I thought that would

mend my broken relationship with him and my oldest grandchild, but no, he said I had my chance several times and let it go by.

Ten years passed and hardly no contact. I prayed and prayed.

At the end of June this year, I overheard his name on the nightly news. I called, he said he had been involved and I asked, "Can we talk?"

We went fishing and I remet Bella and met for the first time three year old Willow. We are trying to rekindle our

relationship with each other.

It's unfortunate that something like this happened. The actions that my son took that day are not like him. He is not the kind of man that follows a crowd. He always tells the truth, even if it hurts. That makes for few friends. Corey stood up for something he believes in, but he stood the wrong way. He wasn't expecting what was supposed to be a peaceful protest to go the way it did. It's not

easy when if you're in the middle of something when a frenzy starts to pull away from it, especially if you are being pushed physically and mentally. You say, "This is not what I expected to happen, but it did and Corey acknowledges his guilt.

As his father I plead with the court to have mercy on my son. Impose a sentence, but one without incarceration.

Thank you,

James B. Riddle